**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WALKER G. HARMAN, JR.,

                Plaintiff,

-against-                               23 **CIVIL** 10614 (PAE)

**JUDGMENT**

MOSS & MOSS LLP and JOHN MOSS,

                Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 23, 2024, Defendants' motion to dismiss is granted under Rule 12(b)(1); accordingly, the case is closed.

**Dated:** New York, New York

      December 23, 2024

                                                    TAMMI M. HELLWIG
                                                        Clerk of Court

                            **BY:**

                                                        **Deputy Clerk**